# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 4, 2021

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| | |
|---|---|
| No. 21-1662 | MARCUS E. LEWIS and KELLY KING, <br> Plaintiffs - Appellants <br><br> v. <br><br> WALMART INC., et al., <br> Defendants - Appellees |

**Originating Case Information:**
District Court No: 1:20-cv-02836
Northern District of Illinois, Eastern Division
District Judge Sharon Johnson Coleman

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    Circuit Rule 3(c)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**    (form ID: **135**)